

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: July 16, 2021.**

                                             **TONY M. DAVIS**
                                   **UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 7 |
| DAVID FRANKLIN OWEN, | § § | Case No. 20-10752-tmd |
| *Debtor.* | § § § | |
| LYDIA O. CHOPIN, | § § | |
| *Plaintiff,* | § | Adv. Proc. No. 20-01056-tmd |
| v. | § § | |
| DAVID FRANKLIN OWEN, | § | |
| *Defendant.* | § § | |

### AGREED FINAL JUDGMENT

ON THIS DATE, Plaintiff Lydia O. Chopin ("Plaintiff" or "Chopin") and Defendant David F. Owen ("Owen" or "Defendant") announced to the Court that the Parties have reached an agreement hereby Chopin shall recover judgment against Owen pursuant to that certain settlement agreement entered into by Chopin and Owen on July 7, 2021 (the "Settlement Agreement"), the terms of which are incorporated herein. The Court, having considered the

*Agreed Final Judgment*                                                                                        *Page 1*
*Chopin v. Owen*

announcement and the pleadings on file, is of the opinion and finds that this Agreed Final Judgment should be entered.

IT IS THEREFORE ORDERED that $850,000 (minus any principal paid) awarded under the Agreed Final Judgment entered on November 20, 2019, in Lydia O. Chopin v. David F. Owen, et al., Cause No. D-1-GN-13-003560, in the 345th Judicial District Court of Travis County, Texas, is non-dischargeable under §§ 523(a)(2) and 523(a)(4).

IT IS FURTHER ORDERED that in the instance that Owen pays Chopin pursuant to the terms of the Settlement Agreement without Default, that the outstanding balance of the above-mentioned debt will be forgiven.

IT IS FURTHER ORDERED that this Agreed Final Judgment is final and non-appealable as of the date of entry hereto.

### END OF ORDER ###

AGREED AS TO FORM AND CONTENT

GRAVES, DOUGHERTY, HEARON & MOODY, P.C.
401 Congress Avenue, Suite 2700
Austin, TX 78701
Telephone: 512.480.5626
Facsimile: 512.536.9926
bcumings@gdhm.com

By: /s/ *Brian T. Cumings*
Brian T. Cumings
State Bar No. 24082882
Eric G. Behrens
State Bar No. 02050700
ebehrens@gdhm.com

**COUNSEL FOR PLAINTIFF/CREDITOR LYDIA O. CHOPIN**

And

**HAYWARD PLLC**

Todd Headden
Bar Number: 24096285
Charlie Shelton
Bar Number: 24079317
901 Mopac Expressway South
Building 1, Suite 300
Austin, TX 78746
(737) 881-7104 (Direct/Fax)
theadden@haywardfirm.com
cshelton@haywardfirm.com

**ATTORNEYS FOR DEFENDANT**